**Order entered September 20, 2021**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00639-CV

**TORIANO MANDRELL KIRK, Appellant**

**V.**

**TANITA NASH ATKINS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Dallas County, Texas**
**Trial Court Cause No. CC-19-06824-B**

## ORDER

By order of September 2, 2021, we directed court reporter Robin Washington, Official Court Reporter for County Court at Law No. 2, to file, within ten days, either (1) the reporter's record or (2) written verification no hearings were recorded or appellant had not paid or made arrangements to pay for the record. To date, Ms. Washington has not responded. Accordingly, we **ORDER** Ms. Washington to file, **no later than September 30, 2021,** the record or requested verification. Because this is an accelerated appeal and the record was

first due August 2, 2021, we caution Ms. Washington that failure to comply with this order may result in an order that she not sit as a reporter until she complies.

We **DIRECT** the Clerk of the Court to send a copy of this order to the Honorable Melissa Jean Bellan, Presiding Judge of County Court at Law No. 2; Ms. Washington; and the parties.


/s/    ROBERT D. BURNS, III
CHIEF JUSTICE